IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN THE BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10274 |
| JASON EDWARDS & ROSE EDWARDS | § | |
| DEBTOR(S) | § | (Chapter 7) |

OBJECTION TO DEBTOR'S VOLUNTARY
MOTION TO DISMISS CHAPTER 7 PROCEEDING
[Doc. No. 13]

COMES NOW, Kevin P. Hanna, Chapter 7 Trustee ("Trustee"), and files this Objection to Debtor's Voluntary Motion to Dismiss Chapter 7 Proceeding [Doc. No. 13], as follows:

1. Debtor(s) filed their Voluntary Chapter 7 Bankruptcy Petition on July 15, 2015.

2. Trustee needs to examine Debtors, as to questions he has regarding potential assets in the Debtors' case. However, Debtors did not appear for the Creditors' meeting on August 19, 2015.

3. Trustee objects to dismissal at this time, at least until he has the opportunity to examine Debtors regarding the potential assets.

WHEREFORE, premises considered, the Trustee requests that this Court DENY Debtor's Voluntary Motion to Dismiss Chapter 7 Proceeding [Doc. No. 13] as hereinabove described, and any and all additional relief to which he is entitled.

Respectfully Submitted,

By: /S/KEVIN P. HANNA
**Kevin P. Hanna**
*Chapter 7 Trustee*
423 Williamson Pl.
Corpus Christi, Texas 78411
Main Telephone: 361-813-9433
Fax: 361-814-8545
Email Address: kphanna@kphannalaw.com
SBN: 00784206
Fed. ID. No. 17125

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was served either electronically and/or by U.S. Mail on the 19th day of August, 2015, to Debtor and/or counsel of record listed below.

Armando Escamilla
1105 E. Tyler
Harlingen, Texas  78550

Jason Edwards &
Rose Edwards
16701 Barnes Court
Harlingen, Texas  78552

/S/KEVIN P. HANNA
Kevin P. Hanna

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
IN THE BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-10274 |
| JASON EDWARDS & ROSE EDWARDS | § | |
| DEBTOR(S) | § | (Chapter 7) |

## ORDER DENYING DEBTOR'S VOLUNTARY
## MOTION TO DISMISS CHAPTER 7 PROCEEDING
[Doc. 13]

Came on to be heard the Trustee's Objection to Debtor's Voluntary Motion to Dismiss Chapter 7 Proceeding [Doc. 13], and the Court having given due regard to the pleadings, evidence and argument of Counsel, finds that the Debtor's Voluntary Motion to Dismiss Chapter 7 Proceeding [Doc. 13] should be DENIED.

NOW, THEREFORE, the Court ORDERS the Debtor's Voluntary Motion to Dismiss Chapter 7 Proceeding [Doc. 13] is DENIED.

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE